IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | 11 CV 3502 |
| | ) | |
| v. | ) | Judge Castillo |
| | ) | |
| Chicago Police Officer PAUL CLAVIJO, | ) | |
| Chicago Police Officer JUAN VASQUEZ, | ) | |
| and CITY OF CHICAGO, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE A
## MOTION TO PROCEED AS JANE DOE UNDER SEAL

NOW COMES Plaintiff, Jane Done, by her attorneys, LOEVY & LOEVY, and pursuant to Local Rule 26.2(b), requests leave to file a Motion to Proceed as Jane Doe under seal. In support of her motion, Plaintiff states as follows:

1. Plaintiff has brought the instant lawsuit against Defendant Chicago police officers for sexually assaulting her and violating her constitutional rights. See Doc. 1.

2. Due to the sensitive nature of these allegations, Plaintiff intends to seek permission from this Court to proceed with this lawsuit anonymously, as Jane Doe. Plaintiff's motion will reveal Plaintiff's actual name and explain the sensitive reasons why she should be allowed to proceed as Jane Doe.

3. This information should not be made part of the public record.

WHEREFORE, Plaintiff seeks leave to file a motion for leave to proceed as Jane Doe under seal.


RESPECTFULLY SUBMITTED,


/s/ Elizabeth Mazur
One of Plaintiff's Attorneys


Arthur Loevy
Jon Loevy
Elizabeth Mazur
Roshna Bala Keen
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, IL 60607
(312) 243-5900


## CERTIFICATE OF SERVICE

I, Roshna Bala Keen, an attorney, certify that on May 25, 2011, I served this document on all counsel of record via the CM/ECF system.


/s/ Roshna Bala Keen