**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | No.    11 CV 03502 |
| Plaintiff, | ) | |
| | ) | JUDGE CASTILLO |
| vs. | ) | |
| | ) | |
| Chicago Police Officer PAUL CLAVIJO, | ) | Magistrate Judge Finnegan |
| Chicago Police Officer JUAN VASQUEZ, and | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION TO JOIN STAY**

Defendant, City of Chicago, ("City") by Stephen R. Patton, Corporation Counsel for the City of Chicago, moves this Honorable Court to allow the City to join the stay previously entered in this case, and in support states:

1.   At the initial status in this case, the Court granted Plaintiff's motion to proceed as "Jane Doe" and stayed the case against the individual Defendants.  Docket ("Dkt") at 11.

2.    Shortly after filing her appearance for the City, the undersigned contacted Plaintiff's counsel to ask if Plaintiff would agree to allow the City to join the stay previously entered.  See, Group Exhibit, Ex. A, July 12, 2011 letter.

3.    What followed this request was a series of correspondence between the parties, wherein counsel for Plaintiff stated there was no objection to the City joining the stay in this matter, provided the City agrees to "not reveal" Plaintiff's name without giving her counsel "notice and an opportunity to raise the issue with the Court."  See, Group Exhibit, Ex. B, July 13, 2011 letter; Ex. D, August 4, 2011 Letter; Ex. E, September 13, 2011 letter.

1

4.     The City believes that the Court's prior ruling granting Plaintiff's motion to proceed as "Jane Doe" appropriately addresses Plaintiff's concern, specifically where the Court states that this issue will be "reevaluated as we proceed further with this case."  See, Group Exhibit, Ex. C, July 29, 2011 letter.

5.     To be clear, the City respects Plaintiff's counsels' concerns about protecting the anonymity of Plaintiff.  However, the City finds counsels' caveat to Plaintiff's agreement to the City joining the stay ambiguous and confusing.  The City agreed not to reveal Plaintiff's real name or personal identifying information in any public documents, specifically Court filings, which it believes to be consistent with this Court's prior ruling entering a stay.

WHEREFORE, the City respectfully requests that it be allowed to join the stay previously entered in this case.

> Respectfully submitted,
> CITY OF CHICAGO,
> STEPHEN R. PATTON
> Corporation Counsel of the City of Chicago
>
> By:     **/s/ *Megan K. McGrath***
> MEGAN K. McGRATH
> Assistant Corporation Counsel

30 N. LaSalle St., Suite 900
Chicago, Illinois 60602
(312) 744-9212
Attorney No.  06288408

2