## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | No.    11 CV 03502 |
| Plaintiff, | ) | |
| | ) | JUDGE CASTILLO |
| vs. | ) | |
| | ) | |
| Chicago Police Officer PAUL CLAVIJO, | ) | Magistrate Judge Finnegan |
| Chicago Police Officer JUAN VASQUEZ, and | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

# GROUP EXHIBITS
# A-E



**City of Chicago**
**Rahm Emanuel, Mayor**

**Department of Law**

Stephen R. Patton
Acting Corporation Counsel

Megan K. McGrath
Assistant Corporation Counsel
Federal Civil Rights Litigation
30 North LaSalle Street
Suite 900
Chicago, Illinois 60602-2580
(312) 744-9212
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

July 12, 2011

Via facsimile and U.S. Mail delivery

Elizabeth Mazur
Loevy & Loevy
312 North May Street, Suite 100
Chicago, IL 60607

**Re: Doe v. City, 11cv3388, 11cv3502**

Dear Counsel:

We received your July 11, 2011 letter regarding the City's responsive pleading and service on the individual officers in Doe v. City, 11cv3388.

To address the most simple issue first, we do not have any information about the status of service on the individual officers because the City will not be representing them in this case.

We hope to file a responsive pleading within the next two weeks, and planned to contact you to see if you could agree to that extension in both of the above cases. We also hope to discuss the possibility of Plaintiff in Doe v. City, 11cv3502 agreeing to let the City join the stay previously entered as to the individual officers in that case.

Please contact us to discuss these issues when you are able.

Thank you.

Sincerely,

Megan K. McGrath
Assistant Corporation Counsel

cc:      Christopher Wallace, Assistant Corporation Counsel



# LOEVY & LOEVY

## ATTORNEYS AT LAW

Jon Loevy
Michael Kanovitz
Russell Ainsworth
Samantha Liskow
Mark Loevy-Reyes
Gayle Horn
Tara Thompson
Roshna Bala Keen
Elizabeth Mazur
Debra Loevy-Reyes

312 N. May Street
Suite 100
Chicago, Illinois 60607

Telephone 312.243.5900     Facsimile 312.243.5902
Website www.loevy.com     Email loevylaw@loevy.com

Arthur Loevy
Danielle Loevy
Elizabeth Wang
Daniel Twetten
Heather Lewis Donnell

*Of Counsel:*
Julie Thompson
Cindy Tsai
Aaron Mandel
Joel Feldman

July 13, 2011

*via facsimile 312.744.6566*
Megan McGrath
Christopher Wallace
City of Chicago Department of Law
30 N. LaSalle, Suite 900
Chicago, IL 60602

      Re: *Doe v. Starks, et al., 11 cv 3388*
          *Doe v. Clavijo, et al., 11 cv 3503*

Dear Counsel,

    I am writing in response to your letter dated July 12, 2011 regarding the above referenced cases. We will agree to a two-week extension of time to file responsive pleadings *Doe v. Starks*, 11 cv 3388, until July 29.

    Additionally, we would agree to let the City join the stay entered as to the individual defendant officers in *Doe v. Clavijo*, 11 cv 3503, if the City agrees in return to keep our clients' names confidential in both cases. Even though both of our clients have been given permission to proceed as Jane Does in these cases, their real names, of course, are no secret to the City or to the officers. For that reason, we are considering seeking a protective order in these cases that would require the parties to keep Plaintiffs' names confidential. For the time being, however, we would ask that the City agree to not reveal their names without first giving us notice and an opportunity to raise the issue with the Court. Please let us know if you can honor this request.

    As always, thank you for your cooperation in this matter.

Sincerely,

Elizabeth Mazur



DEFENDANT'S
EXHIBIT
B



**City of Chicago**
**Rahm Emanuel, Mayor**

**Department of Law**

Stephen R. Patton
Acting Corporation Counsel

Megan K. McGrath
Assistant Corporation Counsel
Federal Civil Rights Litigation
30 North LaSalle Street
Suite 900
Chicago, Illinois 60602-2580
(312) 744-9212
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

July 29, 2011

Via facsimile and U.S. Mail delivery

Elizabeth Mazur
Loevy & Loevy
312 North May Street, Suite 100
Chicago, IL 60607

**Re: Doe v. City, 11cv3388, 11cv3502**

Dear Counsel:

Thank you for agreeing to the City's request to file its answer in Doe v. City, 11cv3388 today.

We also asked if plaintiff in Doe v. City 11cv3502 would object to the City joining the stay previously entered by the Court in that case. In response, you stated plaintiff would not object on the condition that the City not to reveal their names of plaintiff in both of these cases without giving prior notice. We understand that Judge Castillo granted Plaintiff's motion to proceed as "Jane Doe" in Doe v. City, 11cv3502, and that this order would be "reevaluated as we proceed further with the case." As a similar order has been entered in Doe v. City 11cv3388, neither plaintiffs' identities would be made public unless by motion or by order of Court. As such, it appears any concerns you have with protecting Jane Doe's anonymity in this litigation are addressed in Judge Castillo's order and that such issues will be reevaluated with the Court as litigation progresses.

Thank you.

Sincerely,

Megan K. McGrath
Assistant Corporation Counsel

cc:        Christopher Wallace, Assistant Corporation Counsel



**DEFENDANT'S EXHIBIT**
C

From: CONFIDENTIAL    Fax: (312) 243-5902          To: +13127446566       Fax: +13127446566        Page 2 of 2  8/4/2011 8:13

# LOEVY & LOEVY
## ATTORNEYS AT LAW

Jon Loevy
Michael Kanovitz
Russell Ainsworth
Samantha Liskow
Mark Loevy-Reyes
Gayle Horn
Tara Thompson
Roshna Bala Keen
Elizabeth Mazur
Debra Loevy-Reyes

312 N. May Street
Suite 100
Chicago, Illinois 60607

Telephone 312.243.5900
Website www.loevy.com

Facsimile 312.243.5902
Email loevylaw@loevy.com

Arthur Loevy
Danielle Loevy
Elizabeth Wang
Daniel Twetten
Heather Lewis Donnell

*Of Counsel:*
Julie Thompson
Cindy Tsai
Aaron Mandel
Joel Feldman

August 4, 2011

*via facsimile 312.744.6566*
Megan McGrath
Christopher Wallace
City of Chicago Department of Law
30 N. LaSalle, Suite 900
Chicago, IL 60602

     *Re: Doe v. Clavijo, et al., 11 cv 3503*

Dear Ms. McGrath:

     We received your July 29 letter regarding the above-referenced case. My understanding from your letter is that the City agrees not to disclose the real name or identifiers of Jane Doe without getting express prior approval from the Court to do so. If that is the case, then we will not oppose the City's motion to join in the previously entered stay.

     Please let me know if my understanding is correct and how you intend to proceed.

     Thank you for your cooperation in this matter.

                Sincerely,

                Roshna Bala Keen



DEFENDANT'S
EXHIBIT
D

# LOEVY & LOEVY
### ATTORNEYS AT LAW

Jon Loevy
Michael Kanovitz
Russell Ainsworth
Samantha Liskow
Mark Loevy-Reyes
Gayle Horn
Tara Thompson
Roshna Bala Keen
Elizabeth Mazur
Debra Loevy-Reyes

312 N. May Street
Suite 100
Chicago, Illinois 60607

Telephone 312.243.5900
Website www.loevy.com

Facsimile 312.243.5902
Email loevylaw@loevy.com

Arthur Loevy
Danielle Loevy
Elizabeth Wang
Daniel Twetten
Heather Lewis Donnell

*Of Counsel:*
Julie Thompson
Cindy Tsai
Aaron Mandel
Joel Feldman

September 13, 2011

*via facsimile 312.744.6566 and e-mail*
Megan McGrath
Christopher Wallace
City of Chicago Department of Law
30 N. LaSalle, Suite 900
Chicago, IL 60602

  *Re: Doe v. Clavijo, et al., 11 cv 3503*

Dear Ms. McGrath:

  Thank you for providing me with a draft of the City's Motion to Join Stay this morning. You requested that we provide you with our comments on the draft motion by the end of today.

  My only comment is that I believe the motion does not accurately summarize my August 4 letter, which expressly states that "we will not oppose the City's motion to join" the stay if "the City agrees not to disclose the real name or identifiers of Jane Doe without getting express prior approval from the Court to do so." When we spoke by phone on Friday, September 9, you informed me that you agreed to this request and would memorialize your agreement in writing, since you had not yet done so.

  I would ask that you revise paragraph 5 to state that "Plaintiff's counsel responding by stating that they would not oppose the City's motion to join the state if the City agrees not to disclose the real name or identifiers of Jane Doe without getting express prior approval from the Court to do so." If you make this change, I do not believe any other changes are necessary, and if you make this change, you have our permission to file the motion as unopposed.

  If you are not willing to make this change, then we will need to file a responsive pleading in which we correct any representations which we believe are not accurate. I hope this does not become necessary, however, as it will take up the parties' and the Court's time on a matter that is otherwise unopposed.

        Sincerely,

        Roshna Bala Keen

DEFENDANT'S EXHIBIT
E