IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 11 cv 3502 |
| v. | ) | |
| | ) | Hon. Ruben Castillo |
| Chicago Police Officer PAUL CLAVIJO, | ) | |
| Chicago Police Officer JUAN VASQUEZ, and | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## MOTION TO REINSTATE CLAIMS AGAINST DEFENDANTS
## PAUL CLAVIJO, JUAN VASQUEZ, AND CITY OF CHICAGO

Plaintiff, Jane Done, by her attorneys, LOEVY & LOEVY, hereby respectfully moves this

Court to reinstate her claims against the Defendants, now that the Defendants' criminal cases have

concluded. In further support, Plaintiff states as follows:

1. On March 30, 2011, Defendants Paul Clavijo and Juan Vasquez, both of whom

were on-duty Chicago Police Officers at the time, sexually assaulted Plaintiff.

2. Following the assault, the Chicago Police Department terminated the officers, and

the Cook County State's Attorney initiated criminal charges against them.

3. On June 9, 2011, Plaintiff filed the instant civil suit against Clavijo and Vasquez, as

well as against the City of Chicago, asserting federal constitutional violations and state law claims.

On September 15, 2011, this Court granted the City's motion to stay the case pending the criminal

proceedings. This Court stayed and dismissed the entire lawsuit "without prejudice with full

leave to reinstate upon the completion of the underlying criminal actions against the individual

defendants." Dckt. #20. The Court also tolled all applicable statutes of limitation. *Id*.

4.      In January 2014, Defendants Clavijo and Vasquez pled guilty to felony official misconduct, based on Plaintiff's sexual assault allegations.   The Assistant State's Attorney who prosecuted these matters represented to Plaintiff's counsel that the criminal proceedings have concluded.

5.      Accordingly, Plaintiff now seeks to pursue her civil claims against the Defendants.


WHEREFORE, Plaintiff respectfully moves this Court to reinstate her lawsuit against Defendants Clavijo, Vasquez, and the City of Chicago.


RESPECTFULLY SUBMITTED,


/s/ Roshna Bala Keen
One of Plaintiff's Attorneys


Arthur Loevy
Jon Loevy
Roshna Bala Keen
Elizabeth Mazur
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, IL 60607
(312) 243-5900


CERTIFICATE OF SERVICE

I, Roshna Bala Keen, an attorney, certify that on March 7, 2014, I served this Motion on all counsel of record via the CM/ECF system.


/s/ Roshna Bala Keen