IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | Case No. 11 C 3502 |
| Plaintiff, | ) | |
| | ) | Judge Ruben Castillo |
| v. | ) | |
| | ) | Magistrate Judge Sheila Finnegan |
| Chicago Police Officer PAUL CLAVIJO, | ) | |
| Chicago Police Officer JUAN VASQUEZ, and | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR AN ORDER TO PRODUCE
DEFENDANT OFFICERS' PERSONNEL FILES (UNOPPOSED)**

Now comes Plaintiff, Jane Doe, by and through her counsel, Loevy & Loevy, and

pursuant to agreement of the parties, respectfully requests entry of an order regarding Defendant

Officers' personnel files.

1.      Plaintiff has issued a Rule 34 Request to Produce for the personnel files of

Defendant Officers Clavijo and Vasquez.

2.      Defendant City of Chicago has indicated it would agree to entry of an order from

this Court requiring production of the files.    Such an order is attached here as Exhibit A.

3.      Plaintiff's counsel has given a copy of this motion and the attached proposed order

to counsel for Defendants, all of whom indicate that they do not object to the motion or the

proposed order.

WHEREFORE, Plaintiff respectfully requests that the Court enter the proposed order

attached here as Exhibit A.

RESPECTFULLY SUBMITTED,

/s/ Elizabeth Mazur

Arthur Loevy
Jon Loevy
Roshna Bala Keen
Elizabeth Mazur
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Elizabeth Mazur, an attorney, certify that on July 31, 2014, I served a copy of this motion to all counsel of record in this case via the Court's CM/ECF system.

/s/ Elizabeth Mazur

Arthur Loevy
Jon Loevy
Roshna Bala Keen
Elizabeth Mazur
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607
(312) 243-5900

2