IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | Case No. 11 C 3502 |
| Plaintiff, | ) | |
| | ) | Judge Ruben Castillo |
| v. | ) | |
| | ) | Magistrate Judge Sheila Finnegan |
| Chicago Police Officer PAUL CLAVIJO, | ) | |
| Chicago Police Officer JUAN VASQUEZ, and | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

[PROPOSED] ORDER

This matter coming before Court on Plaintiff's Unopposed Motion for An Order to

Produce Defendant Officers' Personnel Files, it is hereby ordered that:

1.      The Chicago Police Department shall produce copies of personnel files for

Paul Clavijo and Juan Vasquez.

2.      All personnel files produced pursuant to this order shall be subject to

review on an "attorneys eyes only" basis.

_____

ENTERED:

DATE: _____