**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Jane Doe, | ) | |
| Plaintiff | ) | Case No: 11 C 3502 |
| | ) | |
| v. | ) | |
| | ) | Judge: Ruben Castillo |
| Chicago Police Officer Paul Clavijo, *et al.*, | ) | |
| Defendants | ) | |
| | ) | |

## ORDER

Plaintiff's motion for an order to produce defendant Officers' Personnel files (Unopposed) [55] is granted. Enter Order. The motion hearing set for 8/5/2014 is vacated.

Date:   August 1, 2014                    /s/ Chief Judge Ruben Castillo