### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jane Doe, | ) | |
|             Plaintiff | ) | Case No: 11 C 3502 |
| | ) | |
| v. | ) | |
| | ) | Chief Judge Ruben Castillo |
| Chicago Police Officer Paul Clavijo, | ) | |
| *et al.*, | ) | |
|             Defendants | ) | |

### **ORDER**

Enter Memorandum Opinion and Order. Defendant City of Chicago's motion for judgment on the pleadings as to Counts IX and X of Plaintiff's complaint [46[ is denied. The parties' joint motion to extend discovery [69] is granted. The discovery deadline is extended to 1/30/2015. The Court will hold a status hearing in open court on 12/3/2014 at 10:00 a.m. The motion hearing set for 11/5/2014 is vacated.


Date:   November 3, 2014                             /s/ Chief Judge Ruben Castillo