## SWORN AFFIDAVIT FOR COMPLAINT LOG INVESTIGATION
### CHICAGO POLICE DEPARTMENT

STATE OF ILLINOIS )
) CC
COUNTY OF COOK )

**Victim Information**

Date: 25 Sep 10
Time: 0130-0200

**Summary of Statement(s):**

After giving **Victim Information** me a ride home from N. Clark St to my home on my apartment building, two male police officers in uniform went inside to. They rode the elevator up with me and asked to go into my apartment, **Victim Information** with me. I hesitantly allowed them inside. The younger male officer sat down on my couch and the older male officer stood in my kitchen with me. He handed me his handcuffs and asked if I liked using handcuffs or if I normally do, looking into my bedroom. He then put his vest on me & told me "I looked good in it." I took the vest off & was very uncomfortable. He then started to lift my shirt & rub my stomach up & down. He asked if I worked out & told his partner to look at me, while he leaned in. I pulled my shirt down & said my boyfriend was coming over soon at which point they both left.

I, **Victim Information** hereby state as follows:

1. I have read the above summary and/or attached statement(s) in its entirety, reviewed it for accuracy and been given an opportunity to make corrections and additions to the statement(s).

2. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the information set forth in the statement(s) above and/or attached summary are true and correct, except as to any matters therein stated to be on information and belief as to such matters, I certify as aforesaid that I verily believe the same to be true.

**Victim Information**
Print Affiant's Name

**Victim Information**
Affiant's Signature

October 1, 2010
Date

Det. Cheryl Fontecuse-
Print Witness' Name

[signature]
Witness' Signature

01 Oct 10  1335 hrs
Date

CPD-44.126 (Rev. 7/09) English

Attachment No. 3
Complaint Log No. 1040124

Jane Doe v. City of Chicago, et al., 11 C 3502

FOIA-000465