Jane Doe v. City of Chicago, et al., 11 C 3502

Internal Affairs Division  
General Investigations Section

19 October 2010  
CL#1040397

TO: Commanding Officer  
General Investigations Section  
Internal Affairs Division

FROM: Police Agent Maria E. MARTIN, Star 3738  
General Investigations Section  
Internal Affairs Division

SUBJECT: Contact with complainant, **Victim Information** F/W, DOB **Redacted**, telephone no. **Victim Information** address **Victim Information** apt. **Victim Info**, Chicago IL. **Victim Information**

ALLEGATION: The complainant alleges the accused Police Officer Paul CLAVIJO, Star no. 11392 responded to a domestic at her residence then asked her for her telephone number and entered her number on his cellular phone. Further, the complainant alleges Officer CLAVIJO stated to her, "We need to do something this weekend" and then kissed her on the lips.

On 18 October 2010 at 1450 hours, the R/I placed a telephone call to ▇▇▇▇▇ declared telephone number and left a voice message. Further on 19 October 2010, the R/I mailed a certified letter to her declared mailing address.

Police Agent Maria E. MARTIN, Star 3738  
General Investigations Section  
Internal Affairs Division

FOIA-000658