| SUMMARY REPORT<br>CHICAGO POLICE DEPARTMENT | COMPLAINT LOG NO.<br>1044424 | TYPE<br>CR | DATE OF REPORT (Day-Mo.-Yr.)<br>07 March 2012 |
|---|---|---|---|

**INSTRUCTIONS:** SUBMIT ORIGINAL AND 3 COPIES IF ASSIGNED TO SAME UNIT AS ACCUSED.
SUBMIT ORIGINAL AND 4 COPIES IF NOT ASSIGNED TO SAME UNIT AS ACCUSED.

TO: ☐ CHIEF ADMINISTRATOR, INDEPENDENT POLICE REVIEW AUTHORITY    ☒ CHIEF, INTERNAL AFFAIRS DIVISION

| FROM - INVESTIGATOR'S NAME | RANK | STAR NO. | EMPLOYEE NO. | UNIT ASSIGN. | UNIT DETAILED |
|---|---|---|---|---|---|
| Dion BOYD | Det | 20310 | FOIA Redacted | 121 | |

REFERENCE NOS. (LIST ALL RELATED C.L., C. B., I.R., INVENTORY NOS., ETC., PERTINENT TO THIS INVESTIGATION)
Inventory number 12294618

| ADDRESS OF INCIDENT | DATE OF INCIDENT - TIME | BEAT OF INCIDENT |
|---|---|---|
| Unknown | 27 March 2011, Unknown | Unknown |

**ACCUSED**

| NAME | RANK | STAR NO. | EMPLOYEE NO. | UNIT ASSIGN. | UNIT DETAILED |
|---|---|---|---|---|---|
| 1. Adrian LOZANO | PO | 16077 | FOIA Redacted | 023 | 376 |
| 2. Paul CLAVIJO | PO | 11392 | | 023 | 376 |
| 3. | | | | | |

| SEX/RACE | D.O.B. | DATE OF APPOINTMENT | DUTY STATUS (TIME OF INCIDENT) | | |
|---|---|---|---|---|---|
| 1. M/H | Redacted | 02 December 2002 | ☒ ON DUTY  ☐ OFF DUTY | ☒ SWORN | ☐ CIVILIAN |
| 2. M/H | | 29 May 2001 | ☒ ON DUTY  ☐ OFF DUTY | ☒ SWORN | ☐ CIVILIAN |
| 3. | | | ☐ ON DUTY  ☐ OFF DUTY | ☐ SWORN | ☐ CIVILIAN |

| IF APPLIES, DATE ARRESTED/INDICTED | CHARGES | COURT BRANCH | DISPOSITION & DATE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

**COMPLAINANT**

| NAME | ADDRESS** | CITY | STATE | TELEPHONE | SEX/RACE | D.O.B./AGE |
|---|---|---|---|---|---|---|
| Robert KLIMAS | Commander | Employee Number FOIA Redacted | | 312-745-6145 | | |

**VICTIMS**

| NAME | ADDRESS** | CITY | STATE | TELEPHONE | SEX/RACE | D.O.B./AGE |
|---|---|---|---|---|---|---|
| | | | | | | |

**WITNESSES**

| NAME | ADDRESS** | CITY | STATE | TELEPHONE | SEX/RACE | D.O.B./AGE |
|---|---|---|---|---|---|---|
| FOIA Redacted | | | | | M/W | Redacted 26 |
| | | | | | F/W | 31 |

☐ SEE ATTACHED SHEET FOR ADDITIONAL ACCUSED, COMPLAINANTS, VICTIMS, WITNESSES.
\* SEE REVERSE SIDE FOR INSTRUCTIONS FOR STATING ALLEGATIONS, AND COMPLETING THE REMAINDER OF THE SUMMARY REPORT.
\*\*IF CPD MEMBER, LIST RANK, STAR, EMPLOYEE NOS. IN ADDRESS, PAX/BELL IN TELEPHONE BOX.

**ALLEGATIONS**

1. Commander Robert KLIMAS alleges that on 27 March 2011, unknown time and at the location of Addison and Clark, Police Officers Adrian LOZANO and Paul CLAVIJO transported unknown female subjects to an unknown location in a department vehicle without authorization.

2. Commander Robert KLIMAS alleges that on 27 March 2011, unknown time and location, Police Officers Adrian LOZANO and Paul CLAVIJO participated in conduct unbecoming in that they placed an unidentified female subject in handcuffs when she wasn't under arrest.

CPD-44.112 (Rev. 4/08)                                                                                                  C. L. NO. 1044424

**Jane Doe v. City of Chicago, et al., 11 C 3502**                                                                FOIA-001414

SUMMARY REPORT  COMPLAINT LOG NUMBER 1044424
Page 2

ADDITIONAL WITNESSES:

| Name | Address | Telephone | Sex/Race |
|---|---|---|---|
| 4. | FOIA Redacted | | M/W |
| 5. | FOIA Redacted | | F/W |

EVIDENCE:

ATTACHMENTS

1. Face Sheet

2. Conflict Certification

3. Sworn Affidavit

4. Initiation Report

5. Letter from FOIA Redacted - Deputy Chief FOIA Redacted

6. Photographs from FOIA Redacted

7. Attendance and Assignment Sheet for the 023rd District, 27 March 2011, 1st Watch

8. Digital Mugshot of Police Officer Adrian LOZANO

9. To-From- Subject Report (Direct Order)

10. To-From-Subject Report (Synoptic Report – Relief of Police Powers)

11. Notification of Duty Restrictions

12. Equipment Transaction Receipt

13. Photo of Chicago Police Star 16077

14. Photo of Adrian LOZANO'S Chicago Police Identification Card

15. Interview of FOIA Redacted

16. Photo Spread Advisory Form

17. Photo Spreads

**SUMMARY REPORT**  
Page 3

**COMPLAINT LOG NUMBER 1044424**

18. Geographic Forms

19. Inventory 12294618

20. Attempt to Interview Handcuffed Subject "[Victim Information]"

21. Final Attempt to Interview Handcuffed Subject "[Victim Information]"

22. Attendance and Assignment Sheet for Beat 2324R on 27 March 2011

23. Unit History Table for Beat 2324R on 27 March 2011

24. Event History Table for Event Number 1108600838

25. Event History Table for Event Number 1108601023

26. Event History Table for Event Number 1108601433

27. OEMC Request to Archive all Voice Transmissions for Event Numbers 1108601023 and 1108601433 and GPS for CPD Vehicle 8581

28. GPS Results

29. Voice Transmissions for Event Numbers 1108601023 and 1108601433

30. Event Query for Event Number 1108601023

31. Event Query for Event Number 1108601433

32. Employee Assignment Inquiry (Resignation of Paul CLAVIJO on 17 June 2011)

33. Personnel Order Number 2011-090 (Resignation of Paul CLAVIJO)

34. Personnel Action Request ((Resignation of Paul CLAVIJO)

35. Employee Assignment Inquiry (Resignation of Adrian LOZANO on 11 July 2011)

36. Personnel Order Number 2011-090 (Resignation of Adrian LOZANO)

37. Personnel Action Request ((Resignation of Adrian LOZANO)

38. To-From-Subject Report (Conversation with Katrina WEIZER)

**Jane Doe v. City of Chicago, et al., 11 C 3502**    FOIA-001416

SUMMARY REPORT                COMPLAINT LOG NUMBER 1044424
Page 4

39. To-From –Subject Report (Mailed Certified Letter to Adrian LOZANO)

40. To-From –Subject Report (Mailed Certified Letter to Paul CLAVIJO)

41. Certified Mail Receipts

42. Domestic Return Receipt from Adrian LOZANO

43. Domestic Return Receipt from Paul CLAVIJO

44. Letter from Paul CLAVIJO'S Attorney (Thomas Breen)

45. UPS Track and Confirm Sheets

46. Complimentary History for Paul CLAVIJO

47. Complimentary History for Adrian LOZANO

48. Disciplinary History for Paul CLAVIJO

49. Disciplinary History for Adrian LOZANO

50. Sergeant Michael BARZ'S Recommendations

51. Rules of Conduct

52. General Order G06-01-02

**INVESTIGATION:**

On 1 April 2011, Commander Robert KLIMAS received an e-mail from [FOIA Redacted] Deputy Chief, [FOIA Redacted] [FOIA Redacted] [FOIA Redacted] wife, [FOIA Redacted], received digital photographs from an individual named [FOIA Redacted] [FOIA Redacted] is an advisor from [FOIA Redacted]. One of the photographs illustrated two unknown females standing in front of a marked SUV with a visible Beat tag of 2324R. A second photograph depicted an unidentified woman in handcuffs. A third photograph highlighted the same unidentified woman in handcuffs with a rear view of a uniformed police officer holding the handcuffs.

According to [FOIA Redacted], [FOIA Redacted] left a party on 27 March 2011 and as he was walking down the street, he overheard two police officers ask two unidentified women if they wanted a ride home. [FOIA Redacted] observed the women go into BACCI Pizzeria after the police officers drop them off. [FOIA Redacted] entered the restaurant and

**Jane Doe v. City of Chicago, et al., 11 C 3502**                               FOIA-001417

SUMMARY REPORT  COMPLAINT LOG NUMBER 1044424
Page 5

befriended the women. [FOIA Redacted] gave the women his telephone number and told them to call him if anything went wrong. The women subsequently forwarded the photographs to [FOIA Redacted]. **(Attachments 4-6)**

Further investigation revealed that on 27 March 2011, Police Officers Paul CLAVIJO and Adrian LOZANO were assigned to Beat 2324R on the 1st watch. A Chicago Police Department Digital Mugshot was obtained of Police Officer LOZANO and the same resembled the police officer in the photograph with the handcuffed unidentified woman. Police Officer Adrian LOZANO was immediately relieved of his police powers. It should be noted that Police Officer Paul CLAVIJO was previously relieved of his police powers due to matters similarly related to this incident. **(Attachments 7-14)**

On 05 April 2011, 1915 hours, Reporting Detective and Detective Terrence JOHNSON interviewed [FOIA Redacted] (M/2/25, Redacted [FOIA Redacted] Loyola Graduate Student) in the lobby of his apartment complex located at [FOIA Redacted] [FOIA Redacted] [FOIA Redacted] stated that the evening of 26 March 2011, he was at Bar Celona Restaurant, 3474 North Clark, with several academic advisers. At approximately 0100 hours on 27 March 2011, [FOIA Redacted] left with one of the advisers, [FOIA Redacted] [FOIA Redacted] and the adviser walked to Addison and Clark. It was during this time that he noticed two police officers driving in a sports utility vehicle. Once the police officers stopped their vehicle, they asked two unknown female subjects to approach them. The police officers then began to flirt with the female subjects. During this time, [FOIA Redacted] overheard the police officers tell the unknown women that they could give them a ride to Bacci's for pizza.

[FOIA Redacted] continued to walk with [FOIA Redacted] and when they approached Bacci's Pizza, the sports utility vehicle pulled up and the two unknown female subjects exited. The two police officers exited as well, but they said that they had to respond on a call at the Chicago Transit Authority platform, which was also at that location on Addison. The two police officers then went on the platform and [FOIA Redacted] subsequently went home.

At this time, [FOIA Redacted] went into Bacci's Pizza and talked to the two female subjects. One of the unknown female subjects stated that she lived in Buck Town and [FOIA Redacted] informed her that he resided in Logan Square. The female subjects also stated that they were there to have a slice of pizza with the police officers. [FOIA Redacted] exchanged telephone numbers with the unknown female subject that lived in Buck Town. The number she provided was [FOIA Redacted] [FOIA Redacted] stated that he believed this unknown female subject was named [FOIA Redacted] [FOIA Redacted] stated that he left after the two exchanged numbers.

**SUMMARY REPORT**  **COMPLAINT LOG NUMBER 1044424**
**Page 6**

After [FOIA Redacted] woke up the next morning, he noticed that [Victim Information] sent him several phone photos. Reporting Detective displayed the 5 photographs received as part of this case file. [FOIA Redacted] identified both female subjects as being the subjects he met the morning of 27 March 2011 at Bacci's Pizza. [FOIA Redacted] also identified the female subject in handcuffs as [Victim Information]. [FOIA Redacted] stated that these were the photos that were sent to him by [Victim Information]. [FOIA Redacted] also stated that he hasn't talked to [Victim Information] or the other female subject since that night. [FOIA Redacted] signed a Photo Spread Advisory Form and viewed three separate Photo Spreads, containing Police Officers Juan VASQUEZ, Adrian LOZANO, and Paul CLAVIJO. [FOIA Redacted] was unable to make an identification of the police officers. **(Attachments 15-19)**

On 05 April 2011, at approximately 2030 hours, Sergeant Christine BLAUL called [Victim Information] in an attempt to schedule an interview with the alleged handcuffed subject '[Victim Information]' in reference to this complaint log investigation. A female subject answered the telephone and refused to give her full name and refused to provide any information before she stated that she will not be participating in this investigation. **(Attachment 20)**

On 12 April 2011, 1235 hours, Reporting Detective called [Victim Information] and spoke to a female subject who refused to provide her name. Reporting Detective asked for '[Victim Information]', at which time the unknown subject informed Reporting Detective that '[Victim Information]' wasn't present at the time. Reporting Detective asked the subject to have '[Victim Information]' call Reporting Detective.

Approximately five minutes later, Reporting Detective received a telephone call from a woman who identified herself as '[Victim Information]'. Reporting Detective asked if she was willing to provide a statement in reference to this investigation. At this time, '[Victim Information]' stated that she will not be involved in this investigation and she refused to provide any information. She also stated that she told the same thing to a female police officer who contacted her. **(Attachment 21)**

The investigation continued and on 19 April 2011, Reporting Detective obtained the Unit History Table and Event History Records for Beat 2324R on 27 March 2011. It was revealed Beat 2324R was assigned a theft call of "a group jumped the turnstyles" at the CTA Red Line Location of 940 West Addison Street. Beat 2324R was dispatched at 0122 hours to the assignment. At 0155 hours, Beat 2324R completed the assignment and provided a Miscellaneous Incident Code of 5P. It should be noted that Bacci's Pizzeria is located at 950 West Addison, which is consistent with [FOIA Redacted] statement of the police officers who had to respond to a call at the Chicago Transit Authority platform, which was also at that location on Addison. **(Attachments 22-26)**

SUMMARY REPORT  COMPLAINT LOG NUMBER 1044424
Page 7

Reporting Detective attempted to obtain GPS for the CPD vehicle number 8581, which was used by Beat 2324R on 27 March 2011. However, CPD vehicle number 8581 did not have GPS capabilities on 27 March 2011. Voice transmissions related to the 0122 hours assignment of "theft at the CTA Red Line Location of 940 West Addison Street" were secured. (**Attachments 27-31**)

It should be noted that Paul CLAVIJO resigned from being a Chicago Police Officer on 17 June 2011. Adrian LOZANO also resigned from being a Chicago Police Officer on 11 July 2011. (**Attachments 32-37**)

On 15 September 2011, 1150 hours, Reporting Detective contacted FOIA Redacted (F/2/31, FOIA Redacted Adviser) at her place of employment, FOIA Redacted. FOIA Redacted FOIA Redacted related the following in regards to the night of 05 April 2011,

FOIA Redacted stated that she had just left a party and was walking down Addison with FOIA Redacted. During this time, FOIA Redacted observed two female white subjects walk toward a Chicago Police sports utility vehicle. FOIA Redacted stated the two female subjects engaged in conversation with the two male police officers inside of the police vehicle. The two female subjects then entered the police vehicle. FOIA Redacted stated that she and FOIA Redacted continued to walk down Addison and the police vehicle drove off.

FOIA Redacted continued relating that when she and FOIA Redacted crossed Sheffield, the police vehicle arrived. The two female subjects exited and went into Bacci's Pizza. The two police officers exited their vehicle as well. At that time, the two police officers walked into the Chicago Transit Authority elevated train station. FOIA Redacted stated that FOIA Redacted left her and went inside of Bacci. FOIA Redacted subsequently went home and FOIA Redacted told her what happened after she left the next day. FOIA Redacted stated that she can't identify the police officers or the female subjects. (**Attachment 38**)

On 23 January 2012, reporting Detective mailed Certified Letters to Paul CLAVIJO and Adrian LOZANO. Reporting Detective received a letter from Thomas BREEN, who is representing Paul CLAVIJO. BREEN advised CLAVIJO not to answer questions in reference to this investigation, because CLAVIJO was indicted in Cook County for matters similar to this investigation. Adrian LOZANO received and signed for the Certified Letter, but did not respond. (**Attachments 39- 45**)

There is significant evidence to sustain the allegations filed against former Police Officers Paul CLAVIJO and Adrian LOZANO. FOIA Redacted and FOIA Redacted FOIA Redacted statements are both consistent, in that they witnessed the police officers pick up the unknown women and take them to Bacci's Pizzeria. FOIA Redacted and FOIA Redacted also observed the police officer respond to an assignment at the CTA Red Line Platform.

SUMMARY REPORT  COMPLAINT LOG NUMBER 1044424
Page 8

Finally FOIA Redacted received the photographs from one of the unknown women, whom he befriended at Bacci's Pizzeria. FOIA Redacted received the photographs several hours after he left the unknown women, which makes it reasonable to believe that the accused officers were still on duty when the photographs were taken.

The photograph evidence can't be disputed as well. The photographs illustrate two unknown women standing next to Beat 2324R, vehicle 8581, which was assigned to former Police Officers Paul CLAVIJO and Adrian LOZANO the date of the incident, 27 March 2011. They also show an unknown handcuffed woman while she inside of an unknown residence. There's also a photograph of former Police Officer Adrian LOZANO holding a handcuffed unknown woman by the handcuffs while they are inside of an unknown residence. An event query for Event Number 1108601023 is also evidence of the assignment at the CTA Red Line platform, which places the accused with the unknown women at Bacci's Pizzeria.

CLAVIJO and LOZANO are no longer members of the Chicago Police Department, in that both parties resigned. The accused parties will not provide statements in this matter. This investigation is closed.

**FINDINGS:**

| | |
|---|---|
| **Accused #1** | **Police Officer Adrian LOZANO, Star 16077, Unit 023, Employee** FOIA Redacted **Date of Birth** Redacted |

Allegation #1    Sustained

Violation of Rule 36
Having an unauthorized person in a Department vehicle, in that on 27 March 2011, unknown time, and at the location of Addison and Clark, former Police Officer Adrian LOZANO permitted two women, not on official police business to ride in a Department vehicle without specific authorization.

Allegation #2    Sustained

Violation of Rule 6
Disobedience of an order or directive, whether written or oral, in that on 27 March 2011, unknown time, and unknown location, former Police Officer Adrian LOZANO violated General Order G06-01-02 by handcuffing a woman who was not under arrest.

SUMMARY REPORT  
Page 9

COMPLAINT LOG NUMBER 1044424

Violation of Rule 2
Engaging in any act or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department, in that on while on duty on 27 March 2011, unknown time, and location, former Police Officer Adrian LOZANO placed an unidentified female subject in handcuffs and photographed the act.

**Accused #2**

**Police Officer Paul CLAVIJO, Star 11392, Unit 023**
**Employee** FOIA Redacted **Date of Birth** Redacted

Allegation #1    Sustained

Violation of Rule 36
Having an unauthorized person in a Department vehicle, in that on 27 March 2011, unknown time, and at the location of Addison and Clark, former Police Officer Paul CAVIJO permitted two women, not on official police business to ride in a Department vehicle without specific authorization.

Allegation #2    Sustained

Violation of Rule 6
Disobedience of an order or directive, whether written or oral, in that on 27 March 2011, unknown time, and unknown location, former Police Officer Paul CLAVIJO violated General Order G06-01-02 by handcuffing a woman who was not under arrest.

Violation of Rule 2
Engaging in any act or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department, in that on while on duty on 27 March 2011, unknown time, and location, former Police Officer Paul CLAVIJO placed an unidentified female subject in handcuffs and photographed the act.

**RECOMMENDATION FOR DISCIPLINARY ACTION:**

After Sergeant Michael BARZ reviewed Police Officers Adrian LOZANO and Paul CLAVIJO'S complimentary and disciplinary history, he recommended termination for both accused former police officers. (Attachment 50)

SUMMARY REPORT      COMPLAINT LOG NUMBER 1044424

**DATE INITATED:** 01 April 2011

**DATE COMPLETED:** 7 March 2012

**ELASPED TIME:** 341 Days

**APPROVALS:**

_____
Detective Dion BOYD Star 20310

**APPROVALS:**

_____
Michael BARZ Star 2625
Confidential Investigations Section
Bureau of Internal Affairs

_____
Commanding Officer
Confidential Investigations Section
Bureau of Internal Affairs