Case: 1:11-cv-03502 Document #: 74-4 Filed: 11/26/14 Page 1 of 8 PageID #:319



**Roshna Bala Keen <roshna@loevy.com>**

---

## Doe v. Clavijo

---

**Roshna Bala Keen** <roshna@loevy.com>                    Tue, Nov 18, 2014 at 5:00 PM
To: "Benson, Victoria" <Victoria.Benson@cityofchicago.org>
Cc: Elizabeth Mazur <elizabethm@loevy.com>, "Yamin, George" <George.Yamin@cityofchicago.org>, "Mowatt, Raoul"
<Raoul.Mowatt@cityofchicago.org>

Victoria,

We'll wait to hear back from you by Friday, November 21 at 5 pm. If we do not receive a response, we will assume we
are at impasse.

Thanks,
Roshna

On Mon, Nov 17, 2014 at 11:58 AM, Roshna Bala Keen <roshna@loevy.com> wrote:

> Victoria:
>
> Thank you for getting back to me. Our position is that the alleged victims' names for each of the defendants' CR
> files, particularly those involving alleged misconduct of a sexual nature, are relevant and discoverable. Whether or
> not they are available through FOIA, Plaintiff is entitled to discover their identities in this litigation. They are
> witnesses who likely have relevant information as to plaintiff's claims against the defendants and the City.
>
> In particular, we are unable to identify the alleged victims' names in CR #1044424.
>
> Given that there is a protective order in this case, and no third party would have access to this information, we
> believe that their privacy concerns are adequately addressed.
>
> Please let us know if you are willing to produce this information. If you believe a Rule 37 conference would be
> productive, I would be happy to give you a call. Otherwise, if we are at impasse, I will file a motion with the Court.
>
> Thanks,
>
> Roshna
>
> _____

Roshna Bala Keen

Loevy & Loevy

312 N. May Street | Suite 100

Chicago, Illinois | 60625

312.789.4961 direct

312.243.5900 main

312.243.5902 fax

---

**From:** Benson, Victoria [mailto:Victoria.Benson@cityofchicago.org]
**Sent:** Wednesday, November 12, 2014 3:26 PM
**To:** Roshna Bala Keen
**Cc:** Elizabeth Mazur; Yamin, George; Mowatt, Raoul
**Subject:** FW: Doe v. Clavijo

Roshna,

Please see the email below, which I believe addresses the question raised in your more recent email to me regarding redactions made to the CR files.

Should you wish to discuss this issue further, please feel free to call me. I should be in the office for the majority of the day tomorrow.

Thank you, victoria

-------------------------------------------------

Victoria R. Benson

Assistant Corporation Counsel

City of Chicago Department of Law

Federal Civil Rights Litigation Division

30 N. LaSalle Street, Suite 900

Chicago, Illinois 60602

Tel:  (312) 742-1842

Fax:  (312) 744-6566

victoria.benson@cityofchicago.org

---

**From:** Benson, Victoria
**Sent:** Wednesday, August 20, 2014 11:39 AM
**To:** Roshna Bala Keen
**Cc:** Elizabeth Mazur; Kelsey Lutz; Dan Herbert; Jonathan Brayman; Thomas Breen; Quinde, Herbert; Yamin, George; Mowatt, Raoul
**Subject:** RE: Doe v. Clavijo

Counsel,

The CD produced to your office on Monday, August 18, 2014 contains copies of documents previously produced with confidential information protected from public disclosure redacted.  In other words, the documents produced on that CD are now in a form that may be made public should your office choose to do so.

As you acknowledge in your email correspondence below, these materials were previously produced to your office with more limited redactions under an "attorney's eyes only" basis.  The documents produced on Monday of this week, which are duplicates of those previously produced, have been redacted pursuant to the Illinois Freedom of Information Act consistent with the *Kalven* decision rendered by the First District of the Illinois Appellate Court, including but not limited to 5 ILCS 140/7 (1)(a), 5 ILCS 140/7 (1)(b), 5 ILCS 140/7 (1)(c), and 5 ILCS 140/7 (1)(d)(iv).

In addition, I realize that you requested unredacted copies of particular pages of the CR files; however, I had not agreed to production of same.  In fact, I specifically set forth that the requested pages would be produced with any confidential designations that may apply.  It is our position that, given the nature of the allegations involved, the disclosure of the victims' names constitutes an unwarranted invasion of the victims' privacy.  Additionally, to the extent you are interested in making contact with the victims, those represented by counsel may be contacted by their attorneys, whose names and contact information are included within the materials previously produced (See CITY001276).

Furthermore, with regard to CITY000589, 757, and 1441, the contact information for the complainants and witnesses are not redacted.  The information that is redacted on those pages, namely their dates of birth, is explicitly confidential pursuant to the Confidentiality Order entered in this matter.

I am happy to discuss this matter further via telephone if you wish.  I am available during the afternoon of August 21, 2014 and the morning of August 22, 2014.

Thank you, victoria

-------------------------------------------------

Victoria R. Benson

Assistant Corporation Counsel

City of Chicago Department of Law

Federal Civil Rights Litigation Division

30 N. LaSalle Street, Suite 900

Chicago, Illinois 60602

Tel:  (312) 742-1842

Fax:  (312) 744-6566

victoria.benson@cityofchicago.org


**From:** Roshna Bala Keen [mailto:roshna@loevy.com]
**Sent:** Tuesday, August 19, 2014 9:55 AM
**To:** Benson, Victoria
**Cc:** Elizabeth Mazur; Kelsey Lutz; Dan Herbert; Jonathan Brayman; Thomas Breen; Quinde, Herbert; Yamin, George; Mowatt, Raoul
**Subject:** Re: Doe v. Clavijo


Victoria:

We just received the CD you sent us containing the CR files we requested.  We are contacting you pursuant to Rule 37.2, in an attempt to resolve our disputes before seeking court intervention.

The CR files now contains more redactions than the previous versions; it was our expectation that we would be receiving less-redacted versions.  In addition, we are unable to identify any complainant or witness names or contact information, and many pages of the CR files contain so many redactions that they are essentially unreadable.  We are entitled to the the contact information for all complainants and witnesses, because that information is relevant to the pending litigation.

Can you please explain how you determined what to redact?

Also, our agreement was that you would be sending us unredacted copies of the following pages: CITY 589, 757, 923, 1027-1051, 1232-1235, 1274-1291, 1441, 1491.   It appears we have not received these.  Can you please advise?

Roshna


On Fri, Jul 11, 2014 at 12:30 PM, Roshna Bala Keen <roshna@loevy.com> wrote:

Victoria,

Case: 1:11-cv-03502 Document #: 74-4 Filed: 11/26/14 Page 5 of 8 PageID #:323

We will not object to 30 days for the designations, with the understanding that the designations will be limited to matters that are confidential per Kalven and Viramontes. As you know, Judge Castillo made clear that he adopted Judge Kendall's reasoning.

If you could please provide us with a complete copy of Jane Doe's CR without any redactions by July 17, we'd appreciate it. Also by 7/17, can you please send us unredacted copies of the following pages: CITY 589, 757, 923, 1027-1051, 1232-1235, 1274-1291, 1441, 1491.

Thanks,

Roshna

On Thu, Jul 10, 2014 at 6:08 PM, Benson, Victoria <Victoria.Benson@cityofchicago.org> wrote:

Roshna,

With regard to your inquiry about designations of portions of CR files as confidential, I kindly ask that your office agree that the City be given 30 days, or until August 11, 2014, to make any such designations.

In the event there is particular information your office needs now which was previously redacted, please let me know and we would agree to forwarding those specific pages, with any confidential designations, before July 17, 2014.

Please let me know your position in this regard.

Thanks, victoria

---------------------------------------------

Victoria R. Benson

Assistant Corporation Counsel

City of Chicago Department of Law

Federal Civil Rights Litigation Division

30 N. LaSalle Street, Suite 900

Chicago, Illinois 60602

Tel: (312) 742-1842

Fax: (312) 744-6566

**Case: 1:11-cv-03502 Document #: 74-4 Filed: 11/26/14 Page 6 of 8 PageID #:324**

victoria.benson@cityofchicago.org

**From:** Roshna Bala Keen [mailto:roshna@loevy.com]
**Sent:** Tuesday, July 08, 2014 6:16 PM
**To:** Yamin, George; Mowatt, Raoul
**Cc:** Elizabeth Mazur; Kelsey Lutz; Dan Herbert; Jonathan Brayman; Thomas Breen; Quinde, Herbert; Benson, Victoria
**Subject:** Doe v. Clavijo

George/Raoul/Victoria:

Please see the attached Second Set of Interrogatories and Third Set of Requests for Production.

Also, in light of today's ruling by Judge Castillo that he concurred with Judge Kendall's decision is Viramontes, and that he would be entering Plaintiff's proposed protective order, we are no longer holding the CR files for attorneys' eyes only. If you wish to designate any portions of the CR files as confidential, please do so within 7 business days (i.e., on or before July 17).

In addition, the City has redacted witness names and addresses from the CR files. Those redactions are no longer appropriate, given that a protective order is being entered. We are entitled to the names of these witnesses (both complaining witnesses and third-party witnesses) for Monell and 404(b) purposes. We will of course abide by the protective order, which prohibits disclosing these witness names and addresses to third parties. But to be clear, our office must have access to this information for purposes of the litigation.

Accordingly, please provide unredacted copies of the CR files within 7 business days (i.e., on or before July 17), or let us know if for some reason you do not agree to doing so, such that we need to involve the Court.

Finally, George, I am memorializing our discussion before Court this morning. I had proposed to meet and confer about the City's objections to Plaintiff's First Set of Requests for Production at 9 am this morning, before Court. You did not accept that invitation. You told me that you are not available for a meet and confer telephonic conference until Friday, July 11. Please let me know some times on Friday that you are available, so that we can get the proceed without delay and get the documents we need.

As always, I am available any time to speak about any of the above subjects.

Regards,
Roshna

--

Roshna Bala Keen

LOEVY & LOEVY

312 North May Street

Chicago, Illinois 60607

Direct Line: 312-789-4961

Main Line: 312-243-5900

Fax: 312-243-5902

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

--

Roshna Bala Keen

LOEVY & LOEVY

312 North May Street

Chicago, Illinois 60607

Direct Line: 312-789-4961

Main Line: 312-243-5900

Fax: 312-243-5902

--

Roshna Bala Keen

LOEVY & LOEVY

312 North May Street

Chicago, Illinois 60607

Direct Line: 312-789-4961

Main Line: 312-243-5900

Fax: 312-243-5902

--
Roshna Bala Keen
LOEVY & LOEVY
312 North May Street
Chicago, Illinois 60607

Case: 1:11-cv-03502 Document #: 74-4 Filed: 11/26/14 Page 8 of 8 PageID #:326

Direct Line: 312-789-4961
Main Line: 312-243-5900
Fax: 312-243-5902