**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Jane Doe

                Plaintiff,

v.                                                                       Case No.: 1:11−cv−03502
                                                                         Honorable Ruben Castillo

Paul Clavijo, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 18, 2015:

    MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 3/18/2015. The parties have reached a settlement that needs to be finalized and approved by the Chicago City Council. The Court hereby dismisses this lawsuit without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents by 7/30/2015. Plaintiff's motion to compel [74] is denied as moot.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.