IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JANE DOE, )
)
      Plaintiff, )
)
      v. )
)
Chicago Police Officer PAUL CLAVIJO, )
Chicago Police Officer JUAN VASQUEZ, and )
CITY OF CHICAGO, )
)
      Defendants. )

Case No. 11 C 3502

JUDGE RUBEN CASTILLO

Magistrate Judge Mason

## STIPULATION TO DISMISS WITH LEAVE TO REINSTATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with leave to reinstate solely in the event that the Chicago City Council rejects the Release and Settlement Agreement filed herewith, and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Final Agreed Order of Dismissal.

_____
Roshna Bala Keen
Attorney for Plaintiff, Jane Doe
Loevy & Loevy
312 South May Street, Suite 100
Chicago, Illinois 60607
(312) 243-5900
Attorney No. _____
FEIN: _____
DATE:_____

Respectfully submitted,
CITY OF CHICAGO,
a Municipal Corporation

STEPHEN R. PATTON
Corporation Counsel
Attorney for Defendant City of Chicago

BY: _____
George J. Yamin, Jr.
Senior Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-0454
Attorney No. 06217483
DATE: 3-26-15

Thomas M. Breen
Attorney for Defendant, Paul Clavijo
Breen & Pugh
53 West Jackson Boulevard
Chicago, Illinois 60604
(312) 360-1001
Attorney No. 23853
FEIN: _____
DATE: 3/24/15

Daniel Q. Herbert
Attorney for Defendant, Juan Vasquez
Law Offices of Daniel Q. Herbert
206 South Jefferson Street, Suite 100
Chicago, Illinois 60661
(312) 655-7660
Attorney No. 6273940
FEIN: _____
DATE: 3.25.15