## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Jane Doe
                Plaintiff,

v.                                          Case No.: 1:11−cv−03502
                                                       Honorable Ruben Castillo

Paul Clavijo, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 14, 2015:

      MINUTE entry before the Honorable Ruben Castillo:This case is hereby dismissed with leave to reinstate solely in the event that the Chicago City Council rejects the Release and Settlement Agreement, and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Final Agreed Order of Dismissal.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.